# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANNA CHILDERS                                                                                    PETITIONER
ADC #712009

VS.                                     5:17-CV-00267-JLH-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After careful consideration, the Court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Respondent's motion to dismiss [*Doc. No. 6*] is granted, and the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [*Doc. No. 2*] filed by Anna Childers is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Childers has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 28th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE