UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANNA CHILDERS　　　　　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #712009

VS.　　　　　　　　　　　5:17-CV-00267-JLH-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction　　　　　　　　　　　　　　　　　　　RESPONDENT

## JUDGMENT

Consistent with the order entered this day, the petition for writ of habeas corpus [*Doc. No. 2*] filed by Anna Childers is dismissed with prejudice.

IT IS SO ORDERED this 28th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE